| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Olson  37630<br><br>301 E. Colorado Blvd, Ste 520<br><br>Pasadena, CA 91101<br><br><br>☐ Individual appearing without attorney<br>☐ Attorney for Debtor/Defendant Leslie Klein | **FILED**<br>JUN 15 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – Los Angeles _Name of_ DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN<br><br>Debtor(s). | CASE NO.: 2:23-10990-SK<br>CHAPTER: 1152<br>ADVERSARY NO.: 2:23-ap-01152-SK |
| FRANKLIN H. MENLO, co-trustee of The Franklin Menlo Irrevocable Trust established on March 1, 1983<br><br>Plaintiff(s),<br>vs.<br><br>LESLIE KLEIN<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (title of motion[1]): STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC |

PLEASE TAKE NOTE that the order or judgment titled proposed ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHRGEABILITY, ETC was lodged on (date) _____ and is attached. This order relates to the motion which is docket number ____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.