United States Bankruptcy Court
Central District of California

Menlo, co-trustee of the Franklin Menlo,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01152-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Jun 21, 2023     Form ID: pdf031     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Eric J. Olson, EJOlson Law, 301 E. Colorado Blvd., Ste. 520, Pasadena, CA 91101-1919 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| pla | | Franklin Menlo, co-trustee of the Franklin Menlo I |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:

**Name**     **Email Address**

Alan G Tippie
    on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
    atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Clarisse Young
    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 21, 2023 | Form ID: pdf031 | Total Noticed: 2

Nikko Salvatore Stevens
 on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
 nikko@cym.law, mandi@cym.law

Paul P Young
 on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
 paul@cym.law, jaclyn@cym.law

United States Trustee (LA)
 ustpregion16.la.ecf@usdoj.gov

TOTAL: 6




Eric J. Olson #37630
EJOlsonLaw
301 E. Colorado Blvd, Ste 520
Pasadena, CA 91101
Tel: 818 245 2246
Cell: 626 224 5619

Email: eric@EJOlsonLaw.com

Attorney for Debtor/Defendant Les Klein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>LESLIE KLEIN, Debtor<br><br>_____<br><br>FRANKLIN H. MENLO, co-trustee of The Franklin Menlo Irrevocable Trust established on March 1, 1983<br><br>Plaintiff<br>v.<br><br>LESLIE KLEIN<br><br>Defendant | Case No. 2:23-bk-10990-SK<br><br>Hon. Sandra Klein<br><br>Ch 11<br><br>AP no. 2:23-ap-~~001151~~ 1152<br><br>~~{proposed}~~ ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC. |

ORDER

The Parties having stipulated thereto and good cause appearing, it is ordered that the time for Defendant to respond to Plaintiffs' Complaint for Nondischargeability is extended to June 27, 2023.

_____  DATE: 6-21-23

Sandra Klein, Bankruptcy Judge

{~~PROPOSED~~} ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC                    1