1  Michael S. Kogan (SBN 128500)
   **KOGAN LAW FIRM, APC**
2  11500 W. Olympic Blvd., Suite 400
   Los Angeles, California 90064
3  Telephone (310) 954-1690
   mkogan@koganlawfirm.com
4

5  Attorneys for Defendant
   and the Debtor
6
   
## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Adv. No. 2:23-ap-01152-SK |
| LELSIE KLEIN, | Case No. 2:23-bk-10990-SK |
| Debtor. | Chapter 11 |
| THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983, | NOTICE OF MOTION AND HEARING ON MOTION TO SET ASIDE DEFAULT |
| Plaintiff, | Date: September 6, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 1575 |
| vs. | |
| LESLIE KLEIN, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that on September 6, 2023, at 9:00 p.m. at the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California, 90012, Courtroom 1575, before the Honorable Sandra Klein, United States Bankruptcy Judge, Leslie Klein (the "**Debtor**" or "**Defendant**"), will move this Court on its Motion to Set Aside Default (the

---

NOTICE OF MOTION AND HEARING ON MOTION TO SET ASIDE DEFAULT

"**Motion**") to the Complaint For Non-Dischargeability of Debt, and Denial of Discharge under Bankruptcy Code §§ 523, 727 (the "**Complaint**") filed by The Franklin Menlo Irrevocable Trust established on March 1, 1983 (the "**Plaintiff**").

The Court should set aside entry of default against Defendant pursuant to Fed. R. Civ. P. 55(c) because there is good cause for Defendant's delay in appearing in this action. Defendant is ready and willing to litigate this adversary proceeding. Defendant's delay in responding was not culpable, Defendant has meritorious defenses, and Plaintiff will not suffer any prejudice in pursuing its claims if default is set aside. Therefore, Defendant has met the good cause standard of Rule 55(c) and this Court should set aside the entry of default against him. For the foregoing reasons, the Plaintiff respectfully requests that the Court grant the Motion. The default should be vacated by the Court.

The Defendant therefore respectfully requests the Court to grant its motion to vacate the default entered by the Clerk of the Court in this matter.

The Motion is based on this Motion and Memorandum of Points and Authorities filed herewith, the Notice, Declaration of Michael Kogan, all papers, pleadings, files and records in this case and such evidence as the Court might receive at the time of the hearing.

Anyone who wishes to oppose the Motion must do so in a writing that complies with the rules of practice and procedure before the United States Bankruptcy Court for the Central District of California, and pursuant to Local Bankruptcy Rule 9013-1(1)(g), and must ensure that such opposition is filed with the Court no later than fourteen (14) days prior to the hearing on the Motion. Any such opposition must also be served on counsel to the Debtor at the following address:

> Michael S. Kogan
> KOGAN LAW FIRM, APC
> 11500 W. Olympic Blvd., Suite 400
> Los Angeles, California 90064

and on the United States Trustee. Any opposition not so filed and served may be deemed to constitute consent to the relief requested in the Motion and a waiver of the right to be heard at the hearing on the Motion.

DATED: August 2, 2023

**KOGAN LAW FIRM, APC**
Michael S. Kogan

By: /s/Michael S. Kogan
Michael S. Kogan
Attorneys for Leslie Klein

| | |
|---|---|
| In re: LESLIE KLEIN<br>                              Debtor(s).<br>Franklin H. Menlo, co-trustee of<br>The Franklin Menlo Irrevocable Trust<br>established on March 1, 1983 v Leslie Klein | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK<br>Adv. No. 2:23-ap-01152-SK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND HEARING ON MOTION TO SET ASIDE DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 3, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **August 3, 2023**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 3, 2023 | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| Date | Type Name | Signature |

| | |
|---|---|
| In re: LESLIE KLEIN<br>                              Debtor(s).<br>Franklin H. Menlo, co-trustee of<br>The Franklin Menlo Irrevocable Trust<br>established on March 1, 1983 v Leslie Klein | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK<br>Adv. No. 2:23-ap-01152-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Eric J. Olson on behalf of Defendant Leslie Klein: eric@ejolsonlaw.com
• Paul P. Young on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983: paul@cym.law; jaclyn@cym.law
• Nikko Salvatore Stevens on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983: nikko@cym.law; mandi@cym.law
Alan G Tippie on behalf of Interested Party Courtesy NEF: Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
• Clarisse Young on behalf of Interested Party Courtesy NEF: youngshumaker@smcounsel.com, levern@smcounsel.com
• Michael I. Gottfried on behalf of Interested Party Courtesy NEF: mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St. #1582
Los Angeles, CA 90012