

**FILED & ENTERED**

SEP 01 2023

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** may    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br><br><br>Debtor,<br>―――――――――――――――――<br>Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983<br><br>Plaintiff(s),<br><br>Vs.<br><br>Leslie Klein<br><br>Defendant(s). | Case No.: 2:23-bk-10990-SK<br><br>Chapter: 11<br><br>Adversary No.: 2:23-ap-01152-SK<br><br>**ORDER CONTINUING MOTION TO SET ASIDE DEFAULT**<br><br>**Current Hearing Date:**<br>Date: September 6, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575<br><br>**Continued Hearing Date:**<br>Date: October 18, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575 |

On May 11, 2023, Franklin H. Menlo, co-trustee of The Franklin Menlo Irrevocable Trust established on March 1, 1983 (Plaintiff), filed a "Complaint for Non-Dischargeability of Debt . . ." against Leslie Klein (Defendant). On July 18, 2023, a default was entered against

- 1 -

Defendant. Docket #19. The Court having considered the "Motion to Set Aside Default" (Motion) [Docket #24], the "Opposition to Motion of Debtor-Defendant . . ." [Docket #28], and the "Reply to Opposition . . ." [Docket #29], **HEREBY ORDERS THAT:**

1. The September 6, 2023, hearing date is continued to October 18, 2023, at 9:00 a.m. so that the Motion can be heard at the same time as motions to dismiss that were filed in the following adversary proceedings:
    a. Vago v. Klein, 2:23-ap-01150-SK [Docket #17];
    b. Vendriger v. Klein, 2:23-ap-01151-SK [Docket #34];
    c. Mermelstein v. Klein, 2:23-ap-01153-SK [Docket #18]; and
    d. Berger v. Klein, 2:23-ap-01169-SK [Docket #18].
2. The Motion has been fully briefed and no further briefing will be allowed or considered.

Date: September 1, 2023

Sandra R. Klein
United States Bankruptcy Judge