United States Bankruptcy Court

Central District of California

Menlo, co-trustee of the Franklin Menlo,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01152-SK

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| pla | | Franklin Menlo, co-trustee of the Franklin Menlo I |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 01, 2023 | Form ID: pdf031 | Total Noticed: 1 |

Michael S Kogan
    on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, mandi@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

**FILED & ENTERED**

**SEP 01 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br><br><br><br>Debtor,<br><br>Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983<br><br>Plaintiff(s),<br><br>Vs.<br><br>Leslie Klein<br><br>Defendant(s). | Case No.: 2:23-bk-10990-SK<br><br>Chapter: 11<br><br>Adversary No.: 2:23-ap-01152-SK<br><br>**ORDER CONTINUING MOTION TO SET ASIDE DEFAULT**<br><br>**Current Hearing Date:**<br>Date: September 6, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575<br><br>**Continued Hearing Date:**<br>Date: October 18, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575 |

    On May 11, 2023, Franklin H. Menlo, co-trustee of The Franklin Menlo Irrevocable Trust established on March 1, 1983 (Plaintiff), filed a "Complaint for Non-Dischargeability of Debt . . . " against Leslie Klein (Defendant). On July 18, 2023, a default was entered against

- 1

Defendant. Docket #19. The Court having considered the "Motion to Set Aside Default" (Motion) [Docket #24], the "Opposition to Motion of Debtor-Defendant . . ." [Docket #28], and the "Reply to Opposition . . ." [Docket #29], **HEREBY ORDERS THAT:**

1. The September 6, 2023, hearing date is continued to October 18, 2023, at 9:00 a.m. so that the Motion can be heard at the same time as motions to dismiss that were filed in the following adversary proceedings:

    a. Vago v. Klein, 2:23-ap-01150-SK [Docket #17];

    b. Vendriger v. Klein, 2:23-ap-01151-SK [Docket #34];

    c. Mermelstein v. Klein, 2:23-ap-01153-SK [Docket #18]; and

    d. Berger v. Klein, 2:23-ap-01169-SK [Docket #18].

2. The Motion has been fully briefed and no further briefing will be allowed or considered.

Date: September 1, 2023

Sandra R. Klein
United States Bankruptcy Judge

- 2 -