| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Paul P. Young (SBN: 257571)<br>Nikko S. Stevens (SBN: 305843)<br>CHORA YOUNG & MANASSERIAN LLP<br>650 Sierra Madre Villa Ave., Suite 304<br>Pasadena, CA 91107<br>Tel: (626) 744-1838<br>Fax: (626) 744-3167<br>Email: paul@cym.law<br>Email: nikko@cym.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Plaintiff | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN<br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br>ADVERSARY NO.: 2:23-ap-01152-SK |
|---|---|
| FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983<br><br>Plaintiff(s),<br>vs.<br>LESLIE KLEIN<br><br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): <u>ORDER DENYING MOTION TO SET ASIDE DEFAULT</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>**ORDER DENYING MOTION TO SET ASIDE DEFAULT**</u>

was lodged on (*date*) <u>10/24/2023</u> and is attached. This order relates to the motion which is docket number <u>24</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# LODGED ORDER

**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young (CA Bar # 257571)
Nikko S. Stevens (CA Bar # 305843)
650 Sierra Madre Villa Ave, Suite 304
Pasadena, CA 91107
Tel.: (626) 744-1838
Fax: (626) 744-3167
Email: paul@cym.law
Email: nikko@cym.law

Attorneys for Creditor
Franklin H. Menlo, co-trustee of
The Franklin Menlo Irrevocable Trust
established on March 1, 1983

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:23-bk-10990-SK |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | Adversary Case No. 2:23-ap-01152-SK |
| FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983, | **ORDER DENYING MOTION TO SET ASIDE DEFAULT**<br><br>Date: October 18, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 1575<br>       255 East Temple Street<br>       Los Angeles, CA 90012<br>Judge: Hon. Sandra R. Klein |
| Plaintiff, | |
| vs. | |
| LESLIE KLEIN, | |
| Defendant. | |

1
ORDER DENYING MOTION TO SET ASIDE DEFAULT

The Court has considered Debtor/Defendant Leslie Klein's ("Defendant") Motion to Set Aside Default ("Motion") (Dkt. No. 24), Creditor/Plaintiff Franklin H. Menlo, Co-Trustee of the Franklin Menlo Irrevocable Trust Established on March 1, 1983's Opposition to the Motion (Dkt. No. 28), Defendant's reply to the Motion (Dkt. No. 29), and for the reasons stated on the record at the October 18, 2023 hearing on the Motion, the Motion is **DENIED**.

#####

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Sierra Madre Villa Ave., Suite 304, Pasadena, CA 91107

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/24/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __10/24/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lelie Klein
322 N. June St.
Los Angeles, CA 90001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2023 | Jaclyn Poon | /s/ Jaclyn Poon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued):**

- **Paul P. Young on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** paul@cym.law; jaclyn@cym.law

- **Nikko Salvatore Stevens on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** nikko@cym.law; mandi@cym.law

- **Alan G Tippie on behalf of Interested Party Courtesy NEF:** Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com

- **Clarisse Young on behalf of Interested Party Courtesy NEF:** youngshumaker@smcounsel.com, levern@smcounsel.com

- **Michael I. Gottfried on behalf of Interested Party Courtesy NEF:** mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  **F 9021-1.2.ADV.NOTICE.LODGMENT**