**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young (CA Bar # 257571)
Nikko S. Stevens (CA Bar # 305843)
650 Sierra Madre Villa Ave, Suite 304
Pasadena, CA 91107
Tel.: (626) 744-1838
Fax: (626) 744-3167
Email:  paul@cym.law
Email:  nikko@cym.law

Attorneys for Creditor
Franklin H. Menlo, co-trustee of
The Franklin Menlo Irrevocable Trust
established on March 1, 1983

**FILED & ENTERED**

**OCT 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor.<br><br>―――――――――――――――<br><br>FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983,<br><br>    Plaintiff,<br><br>    vs.<br><br><br>LESLIE KLEIN,<br><br>    Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adversary Case No. 2:23-ap-01152-SK<br><br>**ORDER DENYING MOTION TO SET ASIDE DEFAULT**<br><br>Date:    October 18, 2023<br>Time:    9:00 a.m.<br>Place:   Courtroom 1575<br>             255 East Temple Street<br>             Los Angeles, CA 90012<br>Judge:   Hon. Sandra R. Klein |

1

ORDER DENYING MOTION TO SET ASIDE DEFAULT

1 | The Court has considered Debtor/Defendant Leslie Klein's ("Defendant")
2 | Motion to Set Aside Default ("Motion") (Dkt. No. 24), Creditor/Plaintiff Franklin H.
3 | Menlo, Co-Trustee of the Franklin Menlo Irrevocable Trust Established on March 1,
4 | 1983's Opposition to the Motion (Dkt. No. 28), Defendant's reply to the Motion (Dkt.
5 | No. 29), and for the reasons stated on the record at the October 18, 2023 hearing, the
6 | Motion is **DENIED**.

###

Date: October 24, 2023

Sandra R. Klein
United States Bankruptcy Judge

2
ORDER DENYING MOTION TO SET ASIDE DEFAULT