United States Bankruptcy Court

Central District of California

Menlo, co-trustee of the Franklin Menlo,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01152-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Oct 25, 2023      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| pla | | Franklin Menlo, co-trustee of the Franklin Menlo I |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

**Name**      **Email Address**

Alan G Tippie
    on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
    atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Clarisse Young
    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf031 | Total Noticed: 1 |

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    nikko@cym.law, mandi@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    paul@cym.law, jaclyn@cym.law

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young (CA Bar # 257571)
Nikko S. Stevens (CA Bar # 305843)
650 Sierra Madre Villa Ave, Suite 304
Pasadena, CA 91107
Tel.: (626) 744-1838
Fax: (626) 744-3167
Email:  paul@cym.law
Email:  nikko@cym.law

Attorneys for Creditor
Franklin H. Menlo, co-trustee of
The Franklin Menlo Irrevocable Trust
established on March 1, 1983

**FILED & ENTERED**

**OCT 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>      Debtor.<br><br>_____<br><br>FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983,<br><br>      Plaintiff,<br><br>    vs.<br><br>LESLIE KLEIN,<br><br>      Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adversary Case No. 2:23-ap-01152-SK<br><br>**ORDER DENYING MOTION TO SET ASIDE DEFAULT**<br><br>Date:    October 18, 2023<br>Time:    9:00 a.m.<br>Place:   Courtroom 1575<br>           255 East Temple Street<br>           Los Angeles, CA 90012<br>Judge:  Hon. Sandra R. Klein |

1

ORDER DENYING MOTION TO SET ASIDE DEFAULT

The Court has considered Debtor/Defendant Leslie Klein's ("Defendant") Motion to Set Aside Default ("Motion") (Dkt. No. 24), Creditor/Plaintiff Franklin H. Menlo, Co-Trustee of the Franklin Menlo Irrevocable Trust Established on March 1, 1983's Opposition to the Motion (Dkt. No. 28), Defendant's reply to the Motion (Dkt. No. 29), and for the reasons stated on the record at the October 18, 2023 hearing, the Motion is **DENIED**.

###

Date: October 24, 2023

Sandra R. Klein
United States Bankruptcy Judge