**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| Leslie Klein<br><br>Debtor(s) | CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:23-ap-01152-SK<br>BAP/USDC NO.: 2:23-cv-09541-JGB<br>NOTICE OF APPEAL FILED: 11/07/2023<br>APPEAL DOCKET ENTRY NO.: 36 |
| Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983<br><br>Plaintiff(s)<br>vs.<br><br>Leslie Klein<br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br><br>☐ **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**<br><br>☒ **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

- ☒ Statement of Issues
- ☒ Designation of Record
- ☒ Notice of Transcript
- ☐ Transcript(s)
- ☐ Filing Fee for Notice of Appeal
- ☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 11/28/2023        By: /s/ Sonny Milano
                                    Deputy Clerk