**RECEIVED DEC 05 2023**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL? ☒ Yes ☐ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **LESLIE KLEIN**    Attorney Bar# _____
Law Firm: **PRO SE**
Mailing Address: **322 N. JUNE ST**
**LOS ANGELES, CA 90004**

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): **ERIC OLSON**
Telephone: (**626**) **224 5619**    E-mail: **ERIC@EJOLSONLAW.COM**
Bankruptcy Case #: **2:23-BK-10990-SK**    Adversary Proceeding #/MP #: **2:23-ap-01152-sk**
Date of Hearing (complete a SEPARATE form for EACH hearing date): **10/18/23**    Time: **9:00**
Debtor: **LESLIE KLEIN**
Adversary Proceeding Name: **FRANKLIN H. MENLO** vs. **LESLIE KLEIN**
Hearing Judge: **S. Klein**    Courtroom #: **LA 1575**
TRANSCRIBER: **Ben Hyatt**    ALTERNATE: **SELECT**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**
NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ 30 Days (Ordinary)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☐ Next Day (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
☐ Other* _____ (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT
☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____
(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS
**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*