**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young (SBN 257571)
Joseph Chora (SBN 284700)
Armen Manasserian (SBN 288199)
Nikko S. Stevens (SBN 305843)
650 Sierra Madre Villa Ave, Suite 304
Pasadena, CA 91107
Tel.: (626) 744-1838
Fax: (626) 744-3167
Email: paul@cym.law
Email: nikko@cym.law

Attorneys for Plaintiff/Appellee
Franklin H. Menlo, co-trustee of
The Franklin Menlo Irrevocable Trust
established on March 1, 1983

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:23-bk-10990-SK |
| LESLIE KLEIN, | Hon. Sandra R. Klein |
| Debtor. | Chapter 11 |
| | Adversary Case No. 2:23-ap-01152-SK |
| FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983, | U.S. District Case No. 2:23-cv-09541-JGB |
| Plaintiff/Appellee, | **APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO THE RECORD ON APPEAL** |
| vs. | |
| LESLIE KLEIN, | |
| Defendant/Appellant. | |

/ / /

1
APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO THE RECORD ON APPEAL

# DESIGNATION OF ADDITIONAL ITEMS TO THE RECORD

Pursuant to Federal Rules of Bankruptcy Procedure, Rule 8009(a)(2), Appellee Franklin H. Menlo, co-trustee of The Franklin Menlo Irrevocable Trust established on March 1, 1983 hereby designates the following additional items to be included in the record on appeal:

1. Unless otherwise indicated, (1) each of the following pleadings that are described below are based on the electronic docket in the adversary proceeding in the above-captioned matter (Case No. 2:23-ap-01152-SK); and (2) the pleadings listed below have been filed on the electronic docket of the Debtor.

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 5/18/2023 | 4 | Another Summons Issued on Leslie Klein Date Issued 5/12/2023, Answer Due 6/12/2023 (RE: related document(s) 1 Complaint filed by Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983) Status hearing to be held on 8/9/2023 at 09:00 AM at Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sandra R. Klein (TM) (Entered: 05/12/2023) |
| 5/18/2023 | 5 | Summons Service Executed on Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 5/18/2023 (Pavlos, Geraldine) (Entered: 05/18/2023) |
| 07/18/2023 | 17 | Notice That a Default Has Not Been Entered by the Clerk Against Defendant(s) Leslie Klein (RE: related document(s) 16 Request for Entry of Default (Local BK Rule 7055-1) filed by Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983) (PP) (Entered: 07/18/2023) |
| 07/18/2023 | 19 | Notice That Clerk Has Entered Default Against Defendant(s) Leslie Klein (RE: related document(s) 18 Request for Entry of Default (Local BK Rule 7055-1) filed by Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983) (TM) (Entered: 07/18/2023) |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 07/20/2023 | 20 | BNC Certificate of Notice (RE: related document(s) 19 Notice that Clerk Has Entered Default (BNC)) No. of Notices: 2. Notice Date 07/20/2023. (Admin.) (Entered: 07/20/2023) |
| 07/20/2023 | 21 | BNC Certificate of Notice (RE: related document(s) 17 Notice that Clerk Has Not Entered Default (BNC)) No. of Notices: 2. Notice Date 07/20/2023. (Admin.) (Entered: 07/20/2023) |
| 08/03/2023 | 25 | Notice of Hearing *Notice of Motion and Hearing on Motion to Set Aside Default with proof of service* Filed by Defendant Leslie Klein (RE: related document(s) 24 Motion *Motion to Set Aside Default with proof of service* Filed by Defendant Leslie Klein filed by Defendant Leslie Klein). (Kogan, Michael) (Entered: 08/03/2023) |
| 08/23/2023 | 28 | Opposition to (related document(s): 24 Motion *Motion to Set Aside Default with proof of service* filed by Defendant Leslie Klein) *and Declaration of Nikko S. Stevens, Esq.* Filed by Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 (Stevens, Nikko) (Entered: 08/23/2023) |
| 08/30/2023 | 29 | Reply to (related document(s): 28 Opposition filed by Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983) *Reply to Opposition to Motion to Ser Aside Default with proof of service* Filed by Defendant Leslie Klein (Kogan, Michael) (Entered: 08/30/2023) |
| 09/01/2023 | 30 | Order Continuing Motion to Set Aside Default (BNC-PDF) (Related Doc # 24) Signed on 9/1/2023 (TM) (Entered: 09/01/2023) |
| 10/19/2023 | 32 | Notice *Notice of Withdrawal of Kogan Law Firm, APC in Adversary Proceeding as Counsel to Leslie Klein with proof of service* Filed by Defendant Leslie Klein. (Kogan, Michael) (Entered: 10/19/2023) |

2. Unless otherwise indicated, (1) each of the following pleadings that are described below are based on the electronic docket in the underlying bankruptcy proceeding (Case No. 2:23-bk-10990-SK); and (2) the pleadings listed below have been

filed on the electronic docket of the Debtor.

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 02/22/2023 | 1 | Chapter 11 Subchapter V Voluntary Petition Individual. Fee Amount $1738 Filed by Leslie Klein Summary of Assets and Liabilities (Form 106Sum or 206 Sum) due 03/8/2023. Schedule A/B: Property (Form 106A/B or 206A/B) due 03/8/2023. Schedule C: The Property You Claim as Exempt (Form 106C) due 03/8/2023. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 03/8/2023. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 03/8/2023. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 03/8/2023. Schedule H: Your Codebtors (Form 106H or 206H) due 03/8/2023. Schedule I: Your Income (Form 106I) due 03/8/2023. Schedule J: Your Expenses (Form 106J) due 03/8/2023. Declaration About an Individual Debtors Schedules (Form 106Dec) due 03/8/2023. Statement of Financial Affairs (Form 107 or 207) due 03/8/2023. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 03/8/2023. Incomplete Filings due by 03/8/2023. Chapter 11 Plan Subchapter V Due by 05/23/2023. (Berger, Michael) (Entered: 02/22/2023) |
| 02/23/2023 | 4 | Addendum to voluntary petition Filed by Debtor Leslie Klein. (Berger, Michael) (Entered: 02/23/2023) |
| 03/08/2023 | 33 | Addendum to voluntary petition Filed by Debtor Leslie Klein. (Berger, Michael) (Entered: 03/08/2023) |
| 03/08/2023 | 35 | Status report Sub Chapter V Status Report Filed by Debtor Leslie Klein (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Berger, Michael) (Entered: 03/08/2023) |
| 03/10/2023 | 42 | Status Report for Chapter 11 Status Conference (response to Debtor's status report (Doc 35)) re: compliance with requirements of the United States Trustee Filed by U.S. |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
|  |  | Trustee United States Trustee (LA) (RE: related document(s)40 Order setting initial status conference in chapter 11 case (BNC-PDF)). (Maroko, Ron) (Entered: 03/10/2023) |
| 03/10/2023 | 43 | Addendum to voluntary petition Refiled with Proof of Service Filed by Debtor Leslie Klein. (Berger, Michael) (Entered: 03/10/2023) |
| 03/29/2023 | 58 | Status report Debtor's Initial Status Conference Report; Declaration of Leslie Klein In Support Thereof Filed by Debtor Leslie Klein (RE: related document(s) 41 Hearing Set (Other) (BK Case - BNC Option)). (Berger, Michael) (Entered: 03/29/2023) |
| 03/31/2023 | 61 | Status report Debtor's Initial Status Conference Report; Declaration of Leslie Klein in Support Thereof (Refiled with Corrected Case Number) Filed by Debtor Leslie Klein (RE: related document(s) 40 Order setting initial status conference in chapter 11 case (BNC-PDF)). (Berger, Michael) (Entered: 03/31/2023) |
| 03/31/2023 | 62 | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B), Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Amended Filed by Debtor Leslie Klein. (Berger, Michael) (Entered: 03/31/2023) |
| 04/24/2023 | 79 | Motion to Dismiss Debtor Notice of Motion and Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case; Memorandum of Points and Authorities; Declaration of Eric Vago; and Request for Judicial Notice in Support of Same with Proof of Service Filed by Creditors Erica Vago, Joseph Vago (Attachments: # 1 Exhibit Exhibit E, Pt 1 # 2 Exhibit Exhibit E - Pt 2 # 3 Exhibit Exhibit E, Pt 3 & Exhibit F # 4 Proof of Service) (Goe, Robert) (Entered: 04/24/2023) |
| 04/24/2023 | 80 | Declaration re: Declaration of Brian Procel in Support of Motion for Order Dismissing Debtor's Chapter 11 |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| | | Bankruptcy Case with Proof of Service Filed by Creditors Erica Vago, Joseph Vago (RE: related document(s) 79 Motion to Dismiss Debtor Notice of Motion and Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case; Memorandum of Points and Authorities; Declaration of Eric Vago; and Request for Judicial Notice in Support of Same with Proof of Servi). (Goe, Robert) (Entered: 04/24/2023) |
| 05/04/2023 | 110 | Response to (related document(s): 88 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Debtor owns a 50% membership interest in Life Capital Group, LLC. Fee Amount $188, filed by Interested Party Life Capital Group, LLC, 90 Motion Motion For An Order Authorizing And Directing Life Capital Group, Llc To Pay Funds To Chapter 11 Bankruptcy Estate; Memorandum Of Points And Authorities; Declaration Of Jonathan Polter In Support Thereof filed by Interested Party Life Capital Group, LLC) Filed by Creditor Robert & Esther Mermelstein (Cohen, Baruch) (Entered: 05/04/2023) |
| 05/10/2023 | 125 | Declaration re: Supplemental Memorandum Of Points And Authorities In Support Of Application For Authority To Employ Michael Jay Berger As General Bankruptcy Counsel; Declarations Of Michael Jay Berger And Leslie Klein In Support Thereof Filed by Debtor Leslie Klein (RE: related document(s)24 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Michael Jay Berger as General Bankruptcy Counsel Application for Order Authorizing Debtor to Employ General Bankruptcy Counsel; Declarations of Michae). (Berger, Michael) (Entered: 05/10/2023) |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 05/12/2023 | 130 | Adversary case 2:23-ap-01154. Complaint by Jeffrey Siegel against Leslie Klein. Fee Amount $350 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)), (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)), (68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Mayer, Steven) (Entered: 05/12/2023) |
| 05/17/2023 | 141 | Order Granting Motion to Disallow Debtor's Claim of Homestead Exemption Pursuant To 11 U.S.C. § 522(q) (BNC-PDF) (Related Doc # 71) Signed on 5/17/2023 (PP) Modified on 5/17/2023 (PP). (Entered: 05/17/2023) |
| 06/06/2023 | 166 | Adversary case 2:23-ap-01167. Complaint by Bradley D. Sharp against Kenneth Klein, Shoshana Shrifa Klein. ($350.00 Fee Charge To Estate). Complaint for Avoidance and Recovery of Fraudulent Transfer (Attachments: # 1 Summons # 2 Adversary Proceeding Cover Sheet) Nature of Suit: (14 (Recovery of money/property - other)) (Dulberg, Jeffrey) (Entered: 06/06/2023) |
| 06/09/2023 | 170 | Adversary case 2:23-ap-01169. Complaint by David Berger against Leslie Klein. Fee Amount $350 (Attachments: # 1 Summons) Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)),(41 (Objection / revocation of discharge - 727(c),(d),(e))) (Cohen, Baruch) (Entered: 06/09/2023) |
| 07/28/2023 | 220 | Reply to (related document(s): 214 Opposition filed by U.S. Trustee United States Trustee (LA)) Reply To U.S. Trustees Opposition To First And Final Fee Application For Compensation And Reimbursement For Compensation And Reimbursement Of Expenses Of Michael Jay Berger; Declaration Of Michael Jay Berger |

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| | | In Support Thereof Filed by Debtor Leslie Klein (Berger, Michael) (Entered: 07/28/2023) |
| 07/26/2023 | 221 | Order Approving Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. §362 (BNC-PDF) (Related Doc # 211) Signed on 7/26/2023 (TM) (Entered: 07/26/2023) |
| 08/08/2023 | 243 | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2023 Filed by Debtor Leslie Klein. (Attachments: # 1 Exhibit) (Kogan, Michael) (Entered: 08/08/2023) |
| 08/08//2023 | 245 | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2023 Filed by Debtor Leslie Klein. (Attachments: # 1 Exhibit) (Kogan, Michael) (Entered: 08/08/2023) |
| 10/04/2023 | 393 | Motion to Withdraw as Attorney Motion of Kogan Law Firm, APC for an Order Authorizing Withdrawal as Counsel for Debtor with proof of service Filed by Interested Party Michael Kogan Law Firm, APC (Kogan, Michael) (Entered: 10/04/2023) |

Dated: January 18, 2024                    **CHORA YOUNG & MANASSERIAN LLP**


By:  /s/ *Armen Manasserian*
Armen Manasserian
Attorney for Plaintiff/Appellee
Franklin H. Menlo, Co-Trustee of The Franklin Menlo Irrevocable Trust Established on March 1, 1983

8
APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO THE RECORD ON APPEAL

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
650 Sierra Madre Villa Ave., Ste. 304, Pasadena, CA 91107

A true and correct copy of the foregoing document entitled (*specify*): **APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO THE RECORD ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 18, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**United States Trustee (LA):** ustpregion16.la.ecf@usdoj.gov

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) January 18, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Defendant**
Leslie Klein
322 N June Street
Los Angeles, CA 90001

Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 18, 2024 | Jennifer Housholder | */s/ Jennifer Housholder* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued):**

- **Paul P. Young on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** paul@cym.law; jaclyn@cym.law

- **Nikko Salvatore Stevens on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** nikko@cym.law; mandi@cym.law

- **Armen Manasserian on behalf of Plaintiff Franklin Meno, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** armen@cym.law, jennifer@cym.law

- **Alan G Tippie on behalf of Interested Party Courtesy NEF:** Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com

- **Clarisse Young on behalf of Interested Party Courtesy NEF:** youngshumaker@smcounsel.com, levern@smcounsel.com

- **Michael I. Gottfried on behalf of Interested Party Courtesy NEF:** mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**