**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Leslie Klein<br><br>Debtor(s) | BAP/USDC NO.: 2:23-cv-09541-JGB<br>CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:23-ap-01152-SK<br>APPEAL DOCKET ENTRY NO.: 36 |
|---|---|
| Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983<br><br>Plaintiff(s)<br>vs.<br><br>Leslie Klein<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- ☐ Bankruptcy Appellate Panel of the Ninth Circuit
- ☒ U.S. District Court
- ☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Leslie Klein, Pro se
322 N. June Street
Los Angeles, CA 90001

Attorney of Record for Appellee:
Armen Manasserian
650 Sierra Madre Villa Ave., Ste. 304
Pasadena, CA 91107

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- ☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- ☐ No transcripts were requested by either the Appellant or Appellee.
- ☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 01/19/2024          By: /s/ Sonny Milano_____
                               Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee
   ☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Michael I. Gottfried     mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
   Armen Manasserian     armen@cym.law, jennifer@cym.law;cameron@cym.law;paul@cym.law
   Nikko Salvatore Stevens     nikko@cym.law, mandi@cym.law
   Alan G Tippie     Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
   Clarisse Young     youngshumaker@smcounsel.com, levern@smcounsel.com
   Paul P Young     paul@cym.law, jaclyn@cym.law

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90001

   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004