**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young, Esq., CFE (SBN 257571)
Nikko S. Stevens, Esq. (SBN 305843)
Kevin C. Ronk, Esq. (SBN 241598)
281 E. Colorado Blvd., 378
Pasadena, CA 91101
Tel.: (626) 744-1838
Fax: (626) 744-3167
paul@cym.law
nikko@cym.law
kevin@cym.law

Attorneys for Plaintiff
Franklin H. Menlo, co-trustee of The
Franklin Menlo Irrevocable Trust
established on March 1, 1983

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor.<br><hr>FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE KLEIN,<br><br>Defendant. | Case No. 2:23-bk-10990-NB<br><br>Adversary Case No. 2:23-ap-01152-NB<br><br>Chapter 11<br><br>**DECLARATION OF NIKKO S. STEVENS, ESQ. IN SUPPORT OF UNILATERAL STATUS REPORT**<br><br>**[LBR 7016-1(a)(3)]**<br><br>Date:       September 23, 2025<br>Time:       2:00 p.m.<br>Courtroom: 1545<br>Address:    255 East Temple Street<br>            Los Angeles, CA 90012<br>(or via Zoomgov per posted instructions) |

1
DECLARATION OF NIKKO S. STEVENS, ESQ. RE: UNILATERAL STATUS REPORT

I, Nikko S. Stevens, Esq. declare as follows:

1. I am an attorney in good standing licensed by the State Bar of California to practice law in the State of California. I am admitted to practice before the U.S. District Courts for the California Central, Eastern, and Northern Districts, and the California Central and Northern District Bankruptcy Courts. I have worked for an Article III judge and the world's largest law firm. I am employed as a senior associate by Chora Young & Manasserian LLP ("**CYM**"), attorneys of record for the Franklin H. Menlo, co-trustee of The Franklin Menlo Irrevocable Trust established on March 1, 1983 ("**Menlo**") in the above-referenced bankruptcy case ("**Bankruptcy Case**") and this instant adversary proceeding ("**Action**"). I submit this declaration in support of Menlo's unilateral status report according to LBR 7016-1(a)(3). Except where stated upon information and belief, the statements herein are based upon my personal knowledge, my review of public records, records within CYM, and records concerning the Bankruptcy Case. If called as a witness, I would and could competently testify thereto.

2. Leslie Klein ("**Klein**") is still in default. Menlo is proceeding to file a motion for default judgment. Menlo respectfully requests the status conference be continued by 60 days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 9, 2025 at Pasadena, California.

*/s/ Nikko S. Stevens, Esq.*
Nikko S. Stevens, Esq.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
281 E. Colorado Blvd., #378, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): _____
DECLARATION OF NIKKO S. STEVENS, ESQ. IN SUPPORT OF UNILATERAL STATUS REPORT
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/09/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __09/09/2025____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Defendant: Leslie Klein, 322 N. June Street, Los Angeles, CA 90001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/09/2025 | Karen Green | /s/ Karen Green |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**Baruch C. Cohen on behalf of Interested Party Courtesy NEF:** bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

**Michael I. Gottfried on behalf of Interested Party Courtesy NEF:** mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com, tparizad@elkinskalt.com

**Armen Manasserian on behalf of Plaintiff Franklin Meno, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** armen@ml-apc.com, jennifer@ml-apc.com, maria@ml-apc.com

**Nikko Salvatore Stevens on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** nikko@cym.law; eService@cym.law, karen@cym.law

**Alan G. Tippie on behalf of Interested Party Courtesy NEF:** Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com

**United States Trustee (LA):** ustpregion16.la.ecf@usdoj.gov

**Clarisse Young on behalf of Interested Party Courtesy NEF:** youngshumaker@smcounsel.com, levern@smcounsel.com

**Paul P. Young on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** paul@cym.law, eService@cym.law, karen@cym.law

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**