| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>CHORA YOUNG & MANASSERIAN LLP<br>Paul P. Young, Esq., CFE (CA Bar # 257571)<br>Nikko S. Stevens, Esq. (CA Bar # 305843)<br>Kevin C. Ronk, Esq. (CA Bar # 241598)<br>281 E. Colorado Blvd., #378<br>Pasadena, CA 91101<br>Tel.: (626) 744-1838<br>Fax: (626) 744-3167<br>Email: paul@cym.law<br>Email: nikko@cym.law<br>Email: kevin@cym.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff Franklin H. Menlo, Co-Trustee of the... | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN,<br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-NB<br>CHAPTER: 11<br>ADVERSARY NO.: 2:23-ap-01152-NB |
|---|---|
| FRANKIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983,<br><br>Plaintiff(s),<br>vs.<br>LESLIE KLEIN,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): _____<br><u>STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>Status Conference and Scheduling Order Pursuant to LBR 7016-1(a)(4)</u>
was lodged on (*date*) __09/24/2025__ and is attached. This order relates to the motion which is docket number <u>1</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                  Page 1                          F 9021-1.2.ADV.NOTICE.LODGMENT

 **Adversary LODGED ORDER UPLOAD FORM**

Wednesday, September 24, 2025

CONFIRMATION :

Your Lodged Order Info:
( **11332932.doc** )
A new order and exhibit has been added

- **Office**: Los Angeles
- **Case Title**: Menlo, co-trustee of the Franklin Menlo Irrevocabl v. Klein
- **Case Number**: 23-01152
- **Judge Initial**: NB
- **Case Type**: ap ( Adversary )
- **Document Number**: 1
- **On Date**: 09/24/2025 @ 12:49 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **CHORA YOUNG & MANASSERIAN LLP**<br>Paul P. Young, Esq., CFE (CA Bar # 257571)<br>Nikko S. Stevens, Esq. (CA Bar # 305843)<br>Kevin C. Ronk, Esq. (CA Bar # 241598)<br>281 E. Colorado Blvd., #378<br>Pasadena, CA 91101<br>Tel.: (626) 744-1838<br>Fax: (626) 744-3167<br>Email: paul@cym.law<br>Email: nikko@cym.law<br>Email: kevin@cym.law<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff Franklin H. Menlo, Co-Trustee of the Franklin Menlo Irrevocable Trust Established on March 1, 1983 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br>                                                      Debtor(s)<br><br>FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983,<br>                                                      Plaintiff(s)<br>vs.<br><br>LESLIE KLEIN,<br><br>                                                      Defendant(s) | CASE NO.: 2:23-bk-10990-NB<br>CHAPTER: 11<br>ADVERSARY NO: 2:23-ap-01152-NB<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: September 23, 2025<br>TIME: 2:00 p.m.<br>COURTROOM: 1545<br>ADDRESS: United States Bankruptcy Court<br>                       255 E. Temple Street, Suite 1552<br>                       Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

    a. ☒ Continued to the following date for a further status conference:   (*date*) <u>12/2/25</u>   (*time*) <u>2:00 p.m.</u>

    b. ☒ A unilateral status report from Plaintiff must be filed and served, including a judge's copy, by (*date*): <u>11/18/25</u>

    c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____

    d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____

    e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

    f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): _____

    g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                             Page 1                                             **F 7016-1.2.ORDER.STATUS.CONF**

    ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____
    ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for (*date*) _____ (*time*) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
    ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other (*specify*): See attached tentative ruling.

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*      Page 2      **F 7016-1.2.ORDER.STATUS.CONF**

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
Neil Bason, Presiding
**Courtroom 1545 Calendar**

| | |
|---|---|
| **Tuesday, September 23, 2025** | **Hearing Room 1545** |

**2:00 PM**
**2:23-10990**  **Leslie Klein**                                                                                           **Chapter 11**
Adv#: 2:23-01152        Menlo, co-trustee of the Franklin Menlo Irrevocabl v. Klein

  **#8.00**   Cont'd Status Conference re: Complaint for Nondischargeability
              of Debt, and Denial of Discharge Under Bankruptcy Code
              sections 523, 727
              fr. 4/8/25, 5/6/25

                              Docket        1

**Tentative Ruling:**

  **Tentative Ruling for 9/23/25:**
  Continue the status conference as set forth below based on this Court's review of the Plaintiffs' unilateral status report and the related Steven's declaration (adv. dkt. 74 & 74).  Appearances are not required on 9/23/25. (If you wish to contest the tentative ruling, see the Posted Procedures of Judge Bason, available at www.cacb.uscourts.gov, then search for "tentative rulings.")

  If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone.  For ZoomGov instructions for all matters on calendar, please see page 1 of the posted Tentative Rulings.

  (1) Current issues
  This Court has reviewed Plaintiff's unilateral status report (adv. dkt. 74), the Stevens declaration (adv. dkt. 75) and the other filed documents and records in this adversary proceeding and has no issues to raise *sua sponte* at this time.

  (2) Standard requirements
          The following are Judge Bason's standard requirements for status conferences.  (To the extent that the parties have already addressed these issues in their status report, they need not repeat their positions at the status conference.)

# United States Bankruptcy Court
# Central District of California
## Los Angeles
## Neil Bason, Presiding
## Courtroom 1545 Calendar

**Tuesday, September 23, 2025**            **Hearing Room   1545**

**2:00 PM**
**CONT...**     **Leslie Klein**                  **Chapter 11**

(a) <u>Venue/jurisdiction/authority</u>
Matters of venue, jurisdiction, and authority have been determined and/or waived or forfeited (adv. dkt. 45, p. 4 & 65, p. 4)

(b) <u>Mediation</u>
The tentative ruling is <u>not</u> to order mediation at this time.

(c) <u>Deadlines</u>
This adversary proceeding has been pending since 5/11/23.
Pursuant to LBR 9021-1(b)(1)(B), plaintiff is directed to lodge a proposed order via LOU within 7 days after the status conference, attaching a copy of this tentative ruling or otherwise memorializing the following.
<u>Unilateral Status Report from Plaintiff</u>: 11/18/25
<u>Continued status conference</u>: 12/2/25 at 2:00 p.m.

**[PRIOR TENTATIVE RULING(S) OMITTED]**

| Party Information |
|---|

**Debtor(s):**

    Leslie Klein                         Pro Se

**Defendant(s):**

    Leslie Klein                         Pro Se

**Plaintiff(s):**

    Franklin Menlo, co-trustee of the        Represented By
                                                         Paul P Young
                                                         Nikko Salvatore Stevens
                                                         Armen Manasserian

**Trustee(s):**

    Bradley D. Sharp (TR)                Represented By
                                                          Jeffrey W Dulberg
                                                         Jeffrey N Pomerantz
                                                         John W Lucas
                                                         Jeffrey P Nolan

United States Bankruptcy Court
Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, September 23, 2025**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room　1545**

2:00 PM
**CONT...　　Leslie Klein　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
281 E. Colorado Blvd., #378, Pasadena, California 91101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE: STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor and Defendant:** Leslie Klein, 322 N. June Street, Los Angeles, California 90001

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2025 | Karen Green | /s/ *Karen Green* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Baruch C. Cohen on behalf of Interested Party Courtesy NEF:** bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

- **Michael I. Gottfried on behalf of Interested Party Courtesy NEF:** mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com, tparizad@elkinskalt.com

- **Armen Manasserian on behalf of Plaintiff Franklin Meno, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** armen@ml-apc.com, jennifer@ml-apc.com, maria@ml-apc.com

- **Nikko Salvatore Stevens on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** nikko@cym.law; eService@cym.law, karen@cym.law

- **Alan G. Tippie on behalf of Interested Party Courtesy NEF:** Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com

- **United States Trustee (LA):** ustpregion16.la.ecf@usdoj.gov

- **Clarisse Young on behalf of Interested Party Courtesy NEF:** youngshumaker@smcounsel.com, levern@smcounsel.com

- **Paul P. Young on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** paul@cym.law, eService@cym.law, karen@cym.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**