**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young, Esq., CFE (SBN 257571)
Nikko S. Stevens, Esq. (SBN 305843)
Kevin C. Ronk, Esq. (SBN 241598)
281 E. Colorado Blvd., 378
Pasadena, CA 91101
Tel.: (626) 744-1838
Fax: (626) 744-3167
paul@cym.law
nikko@cym.law
kevin@cym.law

Attorneys for Plaintiff
Franklin H. Menlo, co-trustee of The
Franklin Menlo Irrevocable Trust
established on March 1, 1983

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:23-bk-10990-NB |
| LESLIE KLEIN, | Adversary Case No. 2:23-ap-01152-NB |
| Debtor. | Chapter 11 |
| FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983, | **NOTICE OF ERRATA RE: PROOF OF SERVICE** |
| Plaintiff, | Date:       September 23, 2025 |
| vs. | Time:       2:00 p.m. |
| | Courtroom: 1545 |
| LESLIE KLEIN, | Address:    255 East Temple Street |
| Defendant. | Los Angeles, CA 90012 |

1

NOTICE OF ERRATA RE: PROOF OF SERVICE

1  **TO ALL INTERESTED PARTIES:**

2      **PLEASE TAKE NOTICE** that the proof of service filed with the *Notice of*

3  *Lodgment of Order in Adversary Proceeding re: Status Conference and Scheduling*

4  *Order Pursuant to LBR 7016-1(a)(4)* on September 24, 2025 (Dkt. 76) has been

5  corrected. The corrected proof of service is annexed hereto.

6

7  Dated: September 24, 2025          Respectfully submitted,

8                                     **CHORA YOUNG & MANASSERIAN LLP**
                                       By:    */s/ Nikko S. Stevens, Esq.*
9                                             Nikko S. Stevens, Esq.
10                                            Attorneys for Franklin H. Menlo, Co-Trustee
                                              of the Franklin Menlo Irrevocable Trust
11                                            established March 1, 1983

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA RE: PROOF OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 281 E. Colorado Blvd., #378, Pasadena, California 91101


A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF LODGMENT OF ORDER IN</u>
<u>ADVERSARYPROCEEDING RE:STATUS CONFERENCE ANDSCHEDULING ORDER PURSUANT TO LBR</u>
<u>7016-1(a)(4)</u>
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>09/24/2025</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>09/24/2025</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor and Defendant:** Leslie Klein, 322 N. June Street, Los Angeles, California 90001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2025 | Karen Green | /s/ Karen Green |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Baruch C. Cohen on behalf of Interested Party Courtesy NEF:** bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

- **Michael I. Gottfried on behalf of Interested Party Courtesy NEF:** mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com, tparizad@elkinskalt.com

- **Armen Manasserian on behalf of Plaintiff Franklin Meno, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** armen@ml-apc.com, jennifer@ml-apc.com, maria@ml-apc.com

- **Nikko Salvatore Stevens on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** nikko@cym.law; eService@cym.law, karen@cym.law

- **Alan G. Tippie on behalf of Interested Party Courtesy NEF:** Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com

- **United States Trustee (LA):** ustpregion16.la.ecf@usdoj.gov

- **Clarisse Young on behalf of Interested Party Courtesy NEF:** youngshumaker@smcounsel.com, levern@smcounsel.com

- **Paul P. Young on behalf of Plaintiff Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983:** paul@cym.law, eService@cym.law, karen@cym.law

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.