| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**CHORA YOUNG & MANASSERIAN LLP**<br>Paul P. Young, Esq., CFE (CA Bar # 257571)<br>Nikko S. Stevens, Esq. (CA Bar # 305843)<br>Kevin C. Ronk, Esq. (CA Bar # 241598)<br>281 E. Colorado Blvd., #378<br>Pasadena, CA 91101<br>Tel.: (626) 744-1838<br>Fax: (626) 744-3167<br>Email: paul@cym.law<br>Email: nikko@cym.law<br>Email: kevin@cym.law<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff Franklin H. Menlo, Co-Trustee of the Franklin Menlo Irrevocable Trust Established on March 1, 1983 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 25 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY llewis    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor(s)<br><br>FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983,<br><br>Plaintiff(s)<br><br>vs.<br><br>LESLIE KLEIN,<br><br>Defendant(s) | CASE NO.: 2:23-bk-10990-NB<br>CHAPTER: 11<br>ADVERSARY NO: 2:23-ap-01152-NB<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: September 23, 2025<br>TIME: 2:00 p.m.<br>COURTROOM: 1545<br>ADDRESS: United States Bankruptcy Court<br>255 E. Temple Street, Suite 1552<br>Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

    a. ☒ Continued to the following date for a further status conference:    (*date*) 12/2/25    (*time*) 2:00 p.m.
    
    b. ☒ A unilateral status report from Plaintiff must be filed and served, including a judge's copy, by (*date*): 11/18/25
    
    c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____
    
    d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____
    
    e. ☐ The last date for pre-trial motions to be heard is (*date*): _____
    
    f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): _____
    
    g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

|   |   |   |
|---|---|---|
|   | ☐ | No pre-trial stipulation or pre-trial order is required |
| h. | ☐ | A pre-trial conference is set for (*date*) _____ (*time*) _____ |
|   | ☐ | No pre-trial conference is required |
| i. | ☐ | Estimate of time for trial *(specify number of hours)*: _____ |
| j. | ☐ | A trial is set for (*date*) _____ (*time*) _____ |
| k. | ☐ | The adversary proceeding is dismissed for failure to appear or prosecute ☐ with prejudice  ☐ without prejudice |
| l. | ☐ | Notice of next status conference or pre-trial conference date is waived |
| m. | ☒ | Other (*specify*): See attached tentative ruling. |

###

Date: September 25, 2025

Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                    Page 2                    **F 7016-1.2.ORDER.STATUS.CONF**

United States Bankruptcy Court
Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, September 23, 2025**     Hearing Room    **1545**

2:00 PM
**2:23-10990   Leslie Klein**       **Chapter 11**
Adv#: 2:23-01152   Menlo, co-trustee of the Franklin Menlo Irrevocabl v. Klein

  **#8.00**   Cont'd Status Conference re: Complaint for Nondischargeability
of Debt, and Denial of Discharge Under Bankruptcy Code
sections 523, 727
fr. 4/8/25, 5/6/25

                            Docket    1

**Tentative Ruling:**

  **Tentative Ruling for 9/23/25:**
Continue the status conference as set forth below based on this Court's review of the Plaintiffs' unilateral status report and the related Steven's declaration (adv. dkt. 74 & 74). <u>Appearances are not required</u> on 9/23/25. (If you wish to contest the tentative ruling, see the Posted Procedures of Judge Bason, available at www.cacb.uscourts.gov, then search for "tentative rulings.")

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone. For ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the posted Tentative Rulings.

(1) <u>Current issues</u>
This Court has reviewed Plaintiff's unilateral status report (adv. dkt. 74), the Stevens declaration (adv. dkt. 75) and the other filed documents and records in this adversary proceeding and has no issues to raise *sua sponte* at this time.

(2) <u>Standard requirements</u>
      The following are Judge Bason's standard requirements for status conferences. (To the extent that the parties have already addressed these issues in their status report, they need not repeat their positions at the status conference.)

# United States Bankruptcy Court
# Central District of California
### Los Angeles
### Neil Bason, Presiding
### Courtroom 1545 Calendar

**Tuesday, September 23, 2025**                                                                 **Hearing Room    1545**

#### 2:00 PM
**CONT...    Leslie Klein                                                                                              Chapter 11**

(a) <u>Venue/jurisdiction/authority</u>
Matters of venue, jurisdiction, and authority have been determined and/or waived or forfeited (adv. dkt. 45, p. 4 & 65, p. 4)

(b) <u>Mediation</u>
The tentative ruling is <u>not</u> to order mediation at this time.

(c) <u>Deadlines</u>
This adversary proceeding has been pending since 5/11/23.
Pursuant to LBR 9021-1(b)(1)(B), plaintiff is directed to lodge a proposed order via LOU within 7 days after the status conference, attaching a copy of this tentative ruling or otherwise memorializing the following.
<u>Unilateral Status Report from Plaintiff</u>: 11/18/25
<u>Continued status conference</u>: 12/2/25 at 2:00 p.m.

**[PRIOR TENTATIVE RULING(S) OMITTED]**

| Party Information |
|---|

**Debtor(s):**

Leslie Klein                                                                Pro Se

**Defendant(s):**

Leslie Klein                                                                Pro Se

**Plaintiff(s):**

Franklin Menlo, co-trustee of the                           Represented By
                                                                                    Paul P Young
                                                                                    Nikko Salvatore Stevens
                                                                                    Armen Manasserian

**Trustee(s):**

Bradley D. Sharp (TR)                                               Represented By
                                                                                    Jeffrey W Dulberg
                                                                                    Jeffrey N Pomerantz
                                                                                    John W Lucas
                                                                                    Jeffrey P Nolan

United States Bankruptcy Court
Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

Tuesday, September 23, 2025                    Hearing Room    1545

2:00 PM
CONT...    Leslie Klein                                                          Chapter 11
                                                   Pachulski Stang Ziehl & Jones LLP