United States Bankruptcy Court

Central District of California

Menlo, co-trustee of the Franklin Menlo,
　　Plaintiff

Adv. Proc. No. 23-01152-NB

Klein,
　　Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Bradley D. Sharp, Chapter 11 Trustee |
| intp | | Courtesy NEF |
| pla | | Franklin Menlo, co-trustee of the Franklin Menlo I |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Armen Manasserian | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com |
| Baruch C Cohen | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: pdf031 | Total Noticed: 1 |

    on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Clarisse Young
    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
    lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    paul@cym.law, eService@cym.law,karen@cym.law

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov


TOTAL: 8

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**CHORA YOUNG & MANASSERIAN LLP**<br>Paul P. Young, Esq., CFE (CA Bar # 257571)<br>Nikko S. Stevens, Esq. (CA Bar # 305843)<br>Kevin C. Ronk, Esq. (CA Bar # 241598)<br>281 E. Colorado Blvd., #378<br>Pasadena, CA 91101<br>Tel.: (626) 744-1838<br>Fax: (626) 744-3167<br>Email: paul@cym.law<br>Email: nikko@cym.law<br>Email: kevin@cym.law<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff Franklin H. Menlo, Co-Trustee of the Franklin Menlo Irrevocable Trust Established on March 1, 1983 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 25 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY llewis    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br>Debtor(s) | CASE NO.: 2:23-bk-10990-NB<br>CHAPTER: 11<br>ADVERSARY NO: 2:23-ap-01152-NB |
|---|---|
| FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED ON MARCH 1, 1983,<br><br>Plaintiff(s)<br><br>vs.<br><br>LESLIE KLEIN,<br><br>Defendant(s) | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: September 23, 2025<br>TIME: 2:00 p.m.<br>COURTROOM: 1545<br>ADDRESS: United States Bankruptcy Court<br>255 E. Temple Street, Suite 1552<br>Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

    a. ☒ Continued to the following date for a further status conference:    (*date*) <u>12/2/25</u>    (*time*) <u>2:00 p.m.</u>

    b. ☒ A unilateral status report from Plaintiff must be filed and served, including a judge's copy, by (*date*): <u>11/18/25</u>

    c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

    d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____

    e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

    f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: _____

    g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____    (*time*) _____

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 1    **F 7016-1.2.ORDER.STATUS.CONF**

    ☐ No pre-trial stipulation or pre-trial order is required

h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____

    ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial (*specify number of hours*): _____

j. ☐ A trial is set for (*date*) _____ (*time*) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
    ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other (*specify*): See attached tentative ruling.

###

Date: September 25, 2025

*Neil W. Bason* (signature)
Neil W. Bason
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF

# United States Bankruptcy Court
## Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, September 23, 2025**  **Hearing Room    1545**

2:00 PM
**2:23-10990    Leslie Klein**  **Chapter 11**
Adv#: 2:23-01152    Menlo, co-trustee of the Franklin Menlo Irrevocabl v. Klein

   #8.00    Cont'd Status Conference re: Complaint for Nondischargeability
of Debt, and Denial of Discharge Under Bankruptcy Code
sections 523, 727
fr. 4/8/25, 5/6/25

                        Docket    1

**Tentative Ruling:**

   **Tentative Ruling for 9/23/25:**
Continue the status conference as set forth below based on this Court's review of the Plaintiffs' unilateral status report and the related Steven's declaration (adv. dkt. 74 & 74).  Appearances are not required on 9/23/25. (If you wish to contest the tentative ruling, see the Posted Procedures of Judge Bason, available at www.cacb.uscourts.gov, then search for "tentative rulings.")

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone.  For ZoomGov instructions for all matters on calendar, please see page 1 of the posted Tentative Rulings.

(1) Current issues
This Court has reviewed Plaintiff's unilateral status report (adv. dkt. 74), the Stevens declaration (adv. dkt. 75) and the other filed documents and records in this adversary proceeding and has no issues to raise *sua sponte* at this time.

(2) Standard requirements
      The following are Judge Bason's standard requirements for status conferences.  (To the extent that the parties have already addressed these issues in their status report, they need not repeat their positions at the status conference.)

# United States Bankruptcy Court
## Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

---

**Tuesday, September 23, 2025**                  **Hearing Room**    **1545**

---

**2:00 PM**
**CONT...**     **Leslie Klein**                                                                       **Chapter 11**

     (a) Venue/jurisdiction/authority
     Matters of venue, jurisdiction, and authority have been determined and/or waived or forfeited (adv. dkt. 45, p. 4 & 65, p. 4)

     (b) Mediation
     The tentative ruling is not to order mediation at this time.

     (c) Deadlines
     This adversary proceeding has been pending since 5/11/23.
     Pursuant to LBR 9021-1(b)(1)(B), plaintiff is directed to lodge a proposed order via LOU within 7 days after the status conference, attaching a copy of this tentative ruling or otherwise memorializing the following.
     Unilateral Status Report from Plaintiff: 11/18/25
     Continued status conference: 12/2/25 at 2:00 p.m.

**[PRIOR TENTATIVE RULING(S) OMITTED]**

| Party Information |
|---|

**Debtor(s):**

     Leslie Klein                                      Pro Se

**Defendant(s):**

     Leslie Klein                                      Pro Se

**Plaintiff(s):**

     Franklin Menlo, co-trustee of the          Represented By
                                                     Paul P Young
                                                     Nikko Salvatore Stevens
                                                     Armen Manasserian

**Trustee(s):**

     Bradley D. Sharp (TR)                    Represented By
                                                     Jeffrey W Dulberg
                                                     Jeffrey N Pomerantz
                                                     John W Lucas
                                                     Jeffrey P Nolan

# United States Bankruptcy Court
## Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, September 23, 2025**             **Hearing Room**    **1545**

2:00 PM
CONT...    Leslie Klein             Chapter 11
       Pachulski Stang Ziehl & Jones LLP